**NAME** _Johnny Knight_

**CRIMINAL CASE NUMBER** _9207797/1992 or 9208994/1991_

**PRISON NUMBER** _230-147_

**PLACE OF CONFINEMENT** _D.C. Jail_

FILED

AUG - 5 2008

Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_Johnny Knight_
(Full Name)
                    Petitioner

v.

_United States Parole Commission_
(Name of Warden, Superintendent,
Jailor, or authorized person having
custody of petitioner)
                    Respondent

Case: 1:08-cv-01372
Assigned To : Kennedy, Henry H.
Assign. Date : 8/5/2008
Description: Habeas Corpus/2255

(If petitioner has a sentence to be served in the <u>future</u> under a Federal judgment which he wishes to attack, he should file a motion in the Federal Court which entered the judgment)

PETITION FOR A WRIT OF HABEAS CORPUS
BY A PERSON IN CUSTODY
IN THE DISTRICT OF COLUMBIA OR IN LORTON REFORMATORY

INSTRUCTIONS--PLEASE READ CAREFULLY

(1) This petition must be legibly handwritten or typewritten and signed by the petitioner. <u>Any false statement of a material fact may serve as the basis for prosecution and conviction for perjury.</u> All questions must be answered concisely in the proper space on the form.

(2) Additional pages are not permitted except with respect to the facts which you rely upon to support your grounds for relief. No citation of authorities need be furnished. If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

(3) Upon receipt, your petition will be filed if it is in proper order and is accompanied by a $5.00 filing fee. Your check or money order should be made payable to: Clerk, U.S. District Court.

1

If you cannot afford to pay the filing fee, you may request permission to proceed in forma pauperis, in which event you must execute the affidavit on the last page, setting forth information establishing your inability to pay the costs. If you wish to proceed in forma pauperis, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution. <u>However, if your prison account exceeds $100.00 you will not be considered as eligible to proceed in forma pauperis and must pay the $5.00 filing fee.</u>

Only judgments entered by one court may be challenged in a single petition. If you seek to challenge judgments entered by different courts you must file separate petitions as to each court.

Your attention is directed to the fact that you must include all grounds for relief and all facts supporting such grounds for relief in the petition you file seeking relief from any judgment of conviction.

When the petition is fully completed, it must be mailed to the Clerk of the United States District Court for the District of Columbia, 333 Constitution Avenue, N.W., Washington, D.C. 20001.

<u>Petitions which do not conform to these instructions may be returned with a notation as to the deficiency.</u>

## PETITION

(1) Name and location of court which entered the judgment of conviction under attack <u>Superior Court For the District of Columbia</u>

(2) Date of judgment of conviction <u>7/9/1992, 7/10/1992</u>

(3) Length of sentence <u>3 years to 15 years and 1 year, 2 years to 6 years</u>

(4) Nature of offense involved (all counts) <u>Burglary II, Attempt theft 2nd Degree, Burglary II</u>

(5) What was your plea? (Check one)
    (a) Not guilty ( )
    (b) Guilty (✓)
    (c) Nolo contendere ( )

If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

(6) Kind of trial: (Check one)
    (a) Jury ( )
    (b) Judge only ( )

(7) Did you testify at the trial?
    Yes (✓)   No ( )

(8)   Did you appeal from the judgment of conviction?

   Yes ( )      No (✓)

(9)   If you did appeal, answer the following:
   (a) Name of court_____
   (b) Result_____
   (c) Date of result_____

(10)  Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any courts?

   Yes ( )      No (✓)

(11)  If your answer to 10 was "yes", give the following information:  N/A
   (a)   (1) Name of Court_____
         (2) Nature of the proceedings_____

         (3) Grounds raised_____
         _____
         _____

         (4) Did you receive an evidentiary hearing on your petition, application or motion?
             Yes ( )   No ( )
         (5) Result_____
         (6) Date of result_____
   (b)   As to any second petition, application or motion give the same information:
         (1) Name of court_____
         (2) Nature of proceeding_____

         (3) Grounds raised_____
         _____
         _____

         (4) Did you receive an evidentiary hearing on your petition, application or motion?
             Yes ( )   No ( )
         (5) Result_____
         (6) Date of result_____
   (c)   As to any third petition, application or motion, give the same information:
         (1) Name of court_____
         (2) Nature of proceeding_____

         (3) Grounds raised_____
         _____
         _____

    (4) Did you receive an evidentiary hearing on your petition, application or motion?

      Yes ( )  No ( )
    (5) Result_____
    (6) Date of result_____
  (d) Did you appeal to the highest court having jurisdiction the result of action taken on any petition, application or motion?
    (1) First petition, etc. Yes ( )  No ( )
    (2) Second petition, etc. Yes ( )  No ( )
    (3) Third petition, etc. Yes ( )  No ( )
  (e) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

_____
_____
_____

12. State <u>concisely</u> every ground on which you claim that you are being held unlawfully. Summarize <u>briefly</u> the facts supporting each ground. If necessary, you may attach pages stating additional grounds and <u>facts</u> supporting same.

  CAUTION: If you were convicted in a District of Columbia court, you must ordinarily first exhaust your District of Columbia court remedies as to each ground on which you request action by the Federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may also raise any grounds which you may have other than those listed if you have exhausted your District of Columbia court remedies with respect to them. However, <u>you should raise in this petition all available grounds</u> (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

  (a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
  (b) Conviction obtained by use of coerced confession.
  (c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
  (d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
  (e) Conviction obtained by a violation of the privilege against self-incrimination.
  (f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
  (g) Conviction obtained by a violation of the protection against double jeopardy.
  (h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impanelled.
  (I) Denial of effective assistance of counsel.
  (j) Denial of right of appeal.

A. Ground one: <ins>Due Process Violation (see Exhibit A)</ins>
Supporting FACTS (tell your story briefly without citing cases or law): <ins>On 3-11-08 the Petitioner was arrested by the US. Marshalls for a Parole violation warrant dated 1-28-08. The Petitioner has been in Custody since 3-11-08 at The D.C. Jail. The Petitioner has not been afforded a Revocation hearing under U.S. Parole Commission Guildlines; The Petitioner should of had a Revocation hearing within 90 Days according to the United States Parole Commission. The Petitioner has been in confinement for a total of 141 Days without a hearing.</ins>

B. Ground two: _____
Supporting FACTS (tell your story briefly without citing cases or law): _____

C. Ground three: _____
Supporting FACTS (tell your story briefly without citing cases or law): _____

D. Ground four: _____
Supporting FACTS (tell your story briefly without citing cases or law): _____

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, District of Columbia or Federal, state briefly what grounds were not so presented, and give your reasons for not presenting them _____

14. Do you have any petition or appeal pending in any court, either, District of Columbia or Federal, as to the judgment under attack?

    Yes ( )    No (✓)

15. Give the names and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

    (a) At preliminary hearing_____

    (b) At arraignment and plea_____

    (c) At trial_____

    (d) At sentencing_____

    (f) In any post-conviction proceeding_____

    (g) On appeal from any adverse ruling in a post-conviction proceeding_____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?

    Yes (✓)   No (✗)

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?

    Yes ( )   No (✓)

    (a) If so, give name and location of court which imposed sentence to be served in the future:_____

    (b) And give date and length of sentence to be served in the future:_____

    (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?

    Yes ( )   No (✓)

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

I certify under penalty of perjury that the foregoing is true and correct.

7-30-08                                    *Johnny Knight*
Date                                       Petitioner's Signature

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

**I (a) PLAINTIFFS**

JOHNNY KNIGHT

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  11001
(EXCEPT IN U.S. PLAINTIFF CASES)

Ple SE  YR

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

# 230-147

**DEFENDANTS**

USPC

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE

Case: 1:08-cv-01372
Assigned To : Kennedy, Henry H.
Assign. Date : 8/5/2008
Description: Habeas Corpus/2255

**II. BASIS OF JURISDICTION**
(PLACE AN x IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ■ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in item III)

**III CITIZENSHIP OF PRINCIPAL** FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. CASE ASSIGNMENT AND NATURE OF SUIT**
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

**☐ A. Antitrust**
- ☐ 410 Antitrust

**☐ B. Personal Injury/Malpractice**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Medical Malpractice
- ☐ 365 Product Liability
- ☐ 368 Asbestos Product Liability

**☐ C. Administrative Agency Review**
- ☐ 151 Medicare Act

Social Security:
- ☐ 861 HIA ((1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g)
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g)

Other Statutes
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

**☐ D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

**☐ E. General Civil (Other) OR ☐ F. Pro Se General Civil**

**Real Property**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent, Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**Personal Property**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**Bankruptcy**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**Immigration**
- ☐ 462 Naturalization Application
- ☐ 463 Habeas Corpus- Alien Detainee
- ☐ 465 Other Immigration Actions

**Prisoner Petitions**
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**Property Rights**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**Federal Tax Suits**
- ☐ 870 Taxes (US plaintiff or defendant)

- ☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
- ☐ 610 Agriculture
- ☐ 620 Other Food &Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 RR & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**Other Statutes**
- ☐ 400 State Reapportionment
- ☐ 430 Banks & Banking
- ☐ 450 Commerce/ICC Rates/etc.

- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced & Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Satellite TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 900 Appeal of fee determination under equal access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions (if not Administrative Agency Review or Privacy Act)

— O —

| ☒ G. *Habeas Corpus/ 2255*<br><br>☒ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ H. *Employment Discrimination*<br><br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ I. *FOIA/PRIVACY ACT*<br><br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br><br><br>*(If pro se, select this deck)* | ☐ J. *Student Loan*<br><br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA (non-employment)*<br><br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ L. *Other Civil Rights (non-employment)*<br><br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ M. *Contract*<br><br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ N. *Three-Judge Court*<br><br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ Multi district Litigation   ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
28 USC 2241

**VII. REQUESTED IN COMPLAINT**   CHECK IF THIS IS A CLASS ☐ ACTION UNDER F.R.C.P. 23   DEMAND $ _____   Check YES only if demanded in complaint   JURY DEMAND: ☐ YES ☒ NO

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   ☐ YES ☒ NO   If yes, please complete related case form.

DATE 8/5/08   SIGNATURE OF ATTORNEY OF RECORD

---

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.   CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.   CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.   RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

\forms\js-44.wpd

CBPS (Exhibit A)

## WARRANT For Return Of Prisoner Released To Supervision

Name: Knight, Johnny          Institution: D.C. CCM
Reg. No. 10903-007            DCDC No. 230-147

### UNITED STATES MARSHAL'S RETURN TO UNITED STATES PAROLE COMMISSION

NOTE: Do not execute this warrant if the subject is being held in custody on other federal, state or local charges, unless otherwise ordered by the Commission. (See instructions on accompanying memorandum.)

District of _Columbia_ ss:

Received this writ the _28_ day of _January_, 20_08_, and executed same by arresting the within-named _Johnny Knight_ this _Eleventh_ day of _March 11_, 20_08_, at _1200 pm_ and committing him to _D.C. Jail_

_George Walsh_
U.S. Marshal

_[signature]_
Deputy Marshal

Further executed same by committing him to _____
at _____ on _____, 20____, the institution designated by the Attorney General, with the copy of the warrant and warrant application.

U.S. Marshal

Deputy Marshal

NOTE: The original of this warrant is to be returned to the U.S. Parole Commission, 5550 Friendship Boulevard, Chevy Chase, Maryland 20815.

### ACKNOWLEDGEMENT OF SERVICE:

I have received a copy of the warrant application dated _1-28-08_

X _Johnny Knight_                    _3-11-08_
   Prisoner's Signature                Date

(If prisoner refuses to sign, Marshal should so indicate.)

08 1372
**FILED**
AUG - 5 2008
Clerk, U.S. District and Bankruptcy Courts

Knight, Johnny
Reg. No. 10903-007   DCDC No. 230-147