UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHNNY KNIGHT,<br><br>　　　　　　　Petitioner,<br><br>　v.<br><br>UNITED STATES PAROLE COMMISSION,<br><br>　　　　　　　Respondent. | Civil Action  08-01372  (HHK) |

**ORDER DIRECTING RESPONDENT TO SHOW CAUSE**

It is this 11th day of August 2008, hereby

**ORDERED** that Respondent, by counsel, shall within 30 days of service of a copy of this Order and the Petition herein file with the Court and serve on Petitioner a statement showing why the Writ of Habeas Corpus should not be granted.  It is

**FURTHER ORDERED** that the Clerk of Court shall furnish a copy of the Petition and a certified copy of this Order to the United States Marshal for the purpose of making service on Petitioner's Custodian and the named Respondent, and is directed to send a copy of the Petition to the United States Attorney for the District of Columbia and the United States Parole Commission.

　　　**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　　Henry H. Kennedy, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge