RECEIVED
AUG 26 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Petitioner

Johnny Knight

V.                              Case #: 08cv1372

Respondent

United States
Parole Commission

Amended Habeas Corpus From 2255 to 2241

Dear Sir/Madam:

The Petitioner is apogizing to the Court, if the Court took the Habeas Corpus as a 2255. The Petitioner is a layman when it comes to law. The Petitioner assumed that the Habeas Corpus that the Petitioner recieved from the law library was in fact a 2241. If the Court find that it is a 2255, Please forgive the Petitioner, and file this habeas corpus as a 2241. The Petitioner is so sorry for the mistake, and is thanking the court in advance for correcting this error. Thank you.

Sincerely

Johnny Knight
Johnny Knight Petitioner